# Court of Appeals
# of the State of Georgia

ATLANTA,  July 31, 2018

*The Court of Appeals hereby passes the following order:*

## A18D0551.  LITRINA CHINNESE MOURA v. ADRIANE LAMAR, ET AL.

Litrina Chinnese Moura has filed a motion to withdraw this application for discretionary review.  The motion is hereby GRANTED, and the application is deemed WITHDRAWN.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,  07/31/2018*
        *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*